COPE, J.
(specially concurring).
I concur in affirming the judgment on the basis of “[ajbandonment as defined in s. 39.01(1), [Fla. Stat. (2007)] § 39.806(l)(b), Fla. Stat. (2007). The evidence supports that part of the “abandoned” definition which states, “If the efforts of the parent or legal custodian ... to support and communicate with the child are, in the opinion of the court, only marginal efforts that do not evince a settled purpose to assume all parental duties, the court may declare the child to be abandoned.” Id. § 39.01(1). I am skeptical that the record adequately supports the ground cited in the majority opinion, an alleged material breach of the case plan. See id. § 39.806(l)(e)2. As an adjudication on one ground is sufficient, I concur in the judgment.